1  CATHERINE CORTEZ MASTO
   Attorney General
2  TIMOTHY F. ANDREWS
3  Deputy Attorney General
   Nevada State Bar No. 8759
4  STATE OF NEVADA
   OFFICE OF THE ATTORNEY GENERAL
5  555 East Washington Avenue, Suite 3900
   Las Vegas, Nevada 89101
6  Telephone: (702) 486-3420
7  Facsimile: (702) 486-3773
   E-mail: tandrews@ag.nv.gov
8  *Attorneys for Defendant*

9

10                UNITED STATES DISTRICT COURT

11                    DISTRICT OF NEVADA

12 CARMEN CESARIO,     )    CASE NO. 2:10-cv-1058-KJD-RJJ
                            )
13                          )
        Plaintiff,      )
14 vs.                     )    **STIPULATION AND ORDER FOR**
                         )    **DISMISSAL WITH PREJUDICE**
15 HOWARD SKOLNIK, et al.,  )
                            )
16       Defendant.     )

17

18          **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

19      Plaintiff, CARMEN CESARIO, by and through his counsel, Lisa A. Rasmussen, and

20 Defendants, DWIGHT NEVEN, HOWARD SKOLNIK and ROBERT BANNISTER, by and through

21 their counsel, CATHERINE CORTEZ MASTO, Attorney General, and TIMOTHY ANDREWS,

22 Deputy Attorney General, of the STATE OF NEVADA, OFFICE OF THE ATTORNEY GENERAL,

23 hereby stipulate as follows:

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1. The above-entitled action shall be dismissed *with prejudice;* and

2. The parties shall bear their own attorney fees and costs.

**IT IS SO STIPULATED** this 15th day of Dec., 2010.

_____
LISA A. RASMUSSEN
Nevada State No. 7491
616 South Eighth Street
Las Vegas, NV 89101
Attorney for Plaintiff


CATHERINE CORTEZ MASTO
Attorney General

By: _____
    TIMOTHY ANDREWS
    Deputy Attorney General
    Nevada State Bar No. 8759
    STATE OF NEVADA
    OFFICE OF THE ATTORNEY GENERAL
    555 East Washington Avenue, Suite 3900
    Las Vegas, Nevada 89101
    Attorneys for Defendants.


**IT IS SO ORDERED** this 4 day of February, 2011

_____
UNITED STATES DISTRICT JUDGE